UNITED STATES of America,
Plaintiff—Appellant,

v.

Corey F. HARRISON, Defendant—Appellee.

No. 99–6423.

United States Court of Appeals,
Sixth Circuit.

Feb. 16, 2001.

Before MERRITT and COLE, Circuit Judges; HOOD,* District Judge.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, it is therefore ORDERED that said judgment be and it hereby is affirmed.